NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL SAMUEL JOHNSON, | ) | No. C 11-03183 JF (PR) |
| Petitioner, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE CERTIFICATE OF FUNDS |
| vs. | ) ) | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) ) ) ) | |
| Respondent. | ) ) | |

On June 27, 2011, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a motion for leave to proceed in forma pauperis. (Docket No. 2.) On that same day, the clerk of the Court sent a notification to Petitioner that his In Forma Pauperis application was insufficient because the attached Certificate of Funds in Prisoner's Account was not signed by an authorized officer at the prison. (Docket No. 3; see Docket No. 2 at 5.) On July 14, 2011, Petitioner filed another motion for leave to proceed in forma pauperis which is also deficient for the same reason. (Docket Nos. 4 & 5.)

In the interest of justice, the Court will grant Petitioner an extension of time to file a complete Certificate of Funds in Prisoner's Account that is signed and dated by an

1  authorized officer at the prison, which will complete his In Forma Pauperis application.
2  Petitioner must file the missing document **no later than thirty (30) days** from the date
3  this order is filed**.**

4  **Failure to comply with the Court's order in a timely manner will result in the**
5  **dismissal of the case without prejudice for failure to pay the filing fee.**

6  The clerk shall include two blank copies of the Certificate of Fund's in Prisoner's
7  Account with a copy of this order to Petitioner.

8  IT IS SO ORDERED.
9  DATED: __7/28/11_____

JEREMY FOGEL
United States District Judge

Order Granting Ext. Of Time to File IFP
P:\PRO-SE\SJ.JF\HC.11\03183Johnson_eot-ifp.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

        Petitioner,

  v.

THE PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.

Case Number: CV11-03183 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/29/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Samuel Johnson F 41309
Folsom State Prison
P.O. Box 950
B4-131-08
Represa, CA 95671

Dated: 7/29/11

                                          Richard W. Wieking, Clerk