FILED

SEP 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>   Petitioner,<br><br>vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>   Respondent. | No. C 11-03183 JF (PR)<br><br>ORDER OF DISMISSAL |

On June 27, 2011, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a motion for leave to proceed in forma pauperis. (Docket No. 2.) On that same day, the clerk of the Court sent a notification to Petitioner that his In Forma Pauperis application was insufficient because the attached Certificate of Funds in Prisoner's Account was not signed by an authorized officer at the prison. (Docket No. 3; see Docket No. 2 at 5.) On July 14, 2011, Petitioner filed another motion for leave to proceed in forma pauperis which was also deficient for the same reason. (Docket Nos. 4 & 5.)

On July 29, 2011, in the interest of justice, the Court granted Petitioner a 30-day extension of time to file a complete Certificate of Funds in Prisoner's Account, signed

and dated by an authorized officer at the prison, to complete his In Forma Pauperis application. (See Docket No. 7.) Accordingly, a response was due no later August 28, 2011. (Id.) The deadline has since passed, and Petitioner has failed to file the missing document. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

The Clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: _____

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

        Petitioner,

v.

THE PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.

Case Number: CV11-03183 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  9/23/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Samuel Johnson F 41309
California State Prison - Solano
P.O. Box 4000
9 Building #148 low
2100 Peabody Road
Vacaville, CA 95969-4000

Dated: 9/23/11

Richard W. Wieking, Clerk
G. Garcia, Deputy Clerk