FILED

SEP 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL SAMUEL JOHNSON, | ) | No. C 11-03183 JF (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

The Court has dismissed this petition for a writ of habeas corpus without prejudice for Petitioner's failure to pay the filing fee or file a completed in forma pauperis application. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: _____

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\HC.11\03183Johnson_judgment.wpd     1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON, | Case Number: CV11-03183 JF |
| Petitioner, | **CERTIFICATE OF SERVICE** |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __9/23/11__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Samuel Johnson F 41309
California State Prison - Solano
P.O. Box 4000
9 Building #148 low
2100 Peabody Road
Vacaville, CA 95969-4000

Dated: __9/23/11__

Richard W. Wieking, Clerk
G. Garcia, Deputy Clerk