**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON, | No. C 11-03183 JF (PR) |
| Petitioner, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| vs. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | (Docket No. 17) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court dismissed the matter on September 23, 2011, for failure to pay the filing fee. (See Docket No. 9). On appeal, Ninth Circuit denied Petitioner's request for a certificate of appealability on January 23, 2012. (See Docket No. 16.) On January 25, 20012, Petitioner filed a motion for appointment of counsel. (Docket No. 17)

The Sixth Amendment's right to counsel does not apply in habeas corpus actions. See Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir.), cert. denied, 479 U.S. 867 (1986). Unless an evidentiary hearing is required, the decision to appoint counsel is within the discretion of the district court. See Knaubert, 791 F.2d at 728; Bashor v.

1  Risley, 730 F.2d 1228, 1234 (9th Cir.), cert. denied, 469 U.S. 838 (1984).  This matter
2  was dismissed and the appeal denied.  See supra at 1.  No evidentiary hearing is required
3  and there are no exceptional circumstances to warrant appointment of counsel.
4  Accordingly, Petitioner's motion is DENIED.
5        This order terminates Docket No. 17.
6        IT IS SO ORDERED.
7  Dated: _____        _____
8                          JEREMY FOGEL
                           United States District Judge